IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE RODRIGUEZ GARCIA.

    Petitioner,               No. CIV S-06-1404 FCD KJM P

    vs.

E. EVANS,

    Respondent.             <u>ORDER</u>

_____/

       Respondent's January 26, 2007 request for an extension of time is denied as unnecessary.

       IT IS SO ORDERED.

DATED: April 5, 2007.

                                         U.S. MAGISTRATE JUDGE

2
garc1404.eot

1